## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHAD JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, RON KIMBALL, DETECTIVE KEVIN O'BRIEN, STAR NO. 60001, P.O. VANESSA MUHAMMAD, STAR NO. 12835, DETECTIVE KAREN WILLIAMS, STAR NO. 20837, DETECTIVE THOMAS CEPEDA, STAR NO. 20852, DETECTIVE MICHAEL O'DONNELL, STAR NO. 60029, DETECTIVE E. JACKSON, STAR NO. 21250, DETECTIVE WILLIAM PROCTOR, STAR NO. 20139, DETECTIVE WILLIAM GEHRKE, STAR NO. 20385, DETECTIVE TIMOTHY J. O'BRIEN, STAR NO. 20034 OR 21797, DETECTIVE DANIEL GORMAN, STAR NO. 20275,<br><br>    Defendants. | No. 19-cv-03904<br><br>**The Honorable Steven C. Seeger** |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

*Christopher Carmichael*

Christopher W. Carmichael
Henderson Parks, LLC
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
(312) 262-2900

*Attorneys for Plaintiff*

CELIA MEZA
Corporation Counsel of the City of Chicago

By: *Kyle Flynn*

John F. Gibbons
Kyle L. Flynn
Scott Dorsett
Special Assistant Corporation Counsel
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant City of Chicago*

Anthony J. Masciopinto
Kulwin, Masciopinto & Kulwin, LLP
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
(312) 641-0300
Special Assistant Corporation Counsel

*Attorneys for Individual Defendants*