**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Chad Johnson

                        Plaintiff,

v.                                                       Case No.: 1:19−cv−03904
                                                             Honorable Steven C. Seeger

Timothy J O'Brien, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 28, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation of dismissal (Dckt. No. [164]), which is self−effectuating under Rule 41(a)(1)(A)(ii). The parties have settled. The complaint is dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court no later than 75 days after the date of filing the stipulation of dismissal. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.